# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARTIN MAGANA AGUIRRE,** ) | **NO. EDCV 18-1545-KS** |
| **Plaintiff,** ) | |
| **v.** ) | **JUDGMENT** |
| ) | |
| **ANDREW M. SAUL, Commissioner** ) | |
| **of Social Security,** ) | |
| **Defendant.** ) | |
| _____ ) | |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed, and the above-captioned action is remanded for further proceedings consistent with the provisions of the Memorandum Opinion and Order.

DATE: November 20, 2019

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE