# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN MAGANA AGUIRRE, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANDREW M. SAUL, Commissioner of ) <br> Social Security ) <br> Defendant. ) <br> _____ ) | NO. EDCV 18-1545-KS <br><br> **ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d)** |

Based upon the Stipulation for the Award and Payment of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("Stipulation"), which was filed on February 14, 2020, IT IS ORDERED that fees in the amount of $6,000.00 as authorized by 28 U.S.C. § 2412(d) shall be awarded, subject to terms of the Stipulation.

DATED: February 18, 2020

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE

1